In the Matter of the Estate of ALICE MACMONNIES, Deceased. JOHN P. FARQUHAR et al., as Coexecutors of MARION J. FARQUHAR, Deceased, Appellants; FREDERICK W. JAEGER, JR., as Executor of ALICE MACMONNIES, Deceased, Respondent

Munder, JJ., concur; Brennan, Acting P. J., and Nolan, J., dissent and vote to affirm the decree on the opinion of the learned Surrogate.